ADELAIDE C. MOULTHROP, Appellant, *v.* SCHREIER CONTRACTING CO., INC., Respondent.

(Argued March 12, 1936; decided April 14, 1936.)

*Charles W. Strong* for appellant.

*John J. Bennett, Jr., Attorney-General (James P. Cotter* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.